UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA FATIMAH SAFFAIE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner Social Security, <br><br> Defendant. | No. CV 15-3472 FFM <br><br><br> JUDGMENT OF REMAND |

The Court having received the Mandate of the Ninth Circuit Court of Appeals,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the memorandum disposition of the Ninth Circuit Court of Appeals filed on May 1, 2018.

DATED: June 26, 2018

       /S/ FREDERICK F. MUMM
        FREDERICK F. MUMM
      United States Magistrate Judge