IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, ROSANNA F. SAFFAIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSANNA F. SAFFAIE, | ) Case No.: 15-03472-FFM |
| Plaintiff, | ) [PROPOSED] ORDER |
| vs. | ) AWARDING EAJA FEES |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendants. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of NINE HUNDRED AND FIVE DOLLARS ($905.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 8-13-2018

Frederick F. Mumm

FREDERICK F. MUMM
U.S. MAGISTRATE JUDGE